IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-01380-CMA-STV

JACK WINTER, Derivatively on behalf of Farmland Partners Inc.,

    Plaintiff,

v.

PAUL A. PITTMAN,
LUCA FABBRI,
ROBERT COWAN,
JAY B. BARTELS,
CHRIS A. DOWNEY,
JOHN A. GOOD,
JOSEPH W. GLAUBER,
D. DIXON BOARDMAN,
JOHN C. CONRAD,
DARELL D. SARFF,
THOMAS S.T. GIMBEL,
FARMLAND PARTNERS INC., Nominal Defendant,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice (Doc. # 41). The Court having reviewed the file and being fully advised in the premises, hereby

///

///

ORDERS that this action be DISMISSED WITHOUT PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: May 10, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge